WILLIAM F. PROCTOR v. CITY OF ELIZABETH.

For the plaintiff, *John W. Taylor.*

For the defendant, *Magie & Williamson.*

BEASLEY, CHIEF JUSTICE.   The facts in this case, so far as the law respecting them was contested, were similar to the facts presenting certain points in the case of Singer Manufacturing Co. *v.* City of Elizabeth, decided this term.

The questions raised are decided in favor of the plaintiff for the reasons given in that case.

---

EDWARD CLARK v. CITY OF ELIZABETH.

For the plaintiff, *John W. Taylor.*

For the defendant, *Magie & Williamson.*

BEASLEY, CHIEF JUSTICE.   This case raises the same questions of law that were discussed in the cases decided this term, in which the city of Elizabeth was defendant, and the Singer Manufacturing Co. and the Mutual Benefit Life Insurance Co. were severally plaintiffs.

The points raised for the defence are overruled for the reasons in those cases assigned.

The plaintiff is entitled to judgment.